**Mable Sanchez RUBIO, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 29010.

Court of Criminal Appeals of Texas.

May 8, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of beer in a dry area; the punishment, ten days in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

---

**Robert Lee YOUNG, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 29017.

Court of Criminal Appeals of Texas.

May 8, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is assault with intent to rape; the punishment, 2 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.